UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY SERENO,

    Defendant.

_____/

Case No. 4:20-cr-20055

Judge: Hon. Shalina D. Kumar

## STIPULATION TO ADJOURN SENTENCING HEARING

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the United States of America and the Defendant, that the sentencing hearing currently set for December 21, 2023, at 10:00 A.M. be adjourned, and a new sentencing hearing shall be set in June 2024 on a date and time that is convenient for the court. This adjournment should be granted because the Defendant is likely to provide testimony during two criminal trials that will be scheduled in the second quarter of 2024 in the Michael Angelo, et al. (4:22-CR-20188) and John Angelo, et al. (4:20-CR-20599) matters and defense counsel and the government request the sentencing hearing for this matter occur after the relevant testimony occurs.

SO STIPULATED:                                              Date: November 6, 2023

/s/ Mark McDonald
MARK MCDONALD (VA 72198)
DOJ Trial Attorney
150 M Street, N.E., Rm 1.1405
Washington, D.C. 20002
(202) 305-2672

/s/ Michael A. Rataj
MICHAEL A. RATAJ (P43004)

*Attorney for Defendant Anthony Sereno*
*500 Griswold, Suite 2450*
Detroit, MI 48226
(313) 963-4529
ratajmi@aol.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY SERENO,

    Defendant.

_____ /

Case No. 4:20-cr-20055

Judge: Hon. Shalina D. Kumar

## ORDER TO ADJOURN SENTENCING HEARING

Upon stipulation of the parties, and the Court being otherwise fully advised**, IT IS HEREBY ORDERED** that the sentencing hearing for Defendant ANTHONY SERENO currently scheduled for December 21, 2023, at 10:00 A.M. is adjourned and the matter is rescheduled for a sentencing hearing on June 18, 2024, at 1:00 p.m.

IT IS SO ORDERED.

Date: November 13, 2023

s/Shalina D. Kumar
Shalina D. Kumar
United States District Judge